UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| MISTI BATTLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-1017 |
| | ) | CMH/TCB |
| CITY OF ALEXANDRIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that the above-captioned action shall be, and hereby is, dismissed, without prejudice, with each party to bear their own costs and fees.

Dated: April 27, 2014                                                                 Respectfully submitted,

/s/                                                              .
Valerie A. Chastain, Esq.
VSB No. 70887
McKinney & Associates, PLLC
1776 I Street, NW, 9th Floor
Washington, DC  20006
vchastain@dcemploymentlawyer.com
(202) 470-0935 (telephone)
(877) 590-4777 (facsimile)
*Attorneys for Plaintiff Misti Battle*

/s/*                                                              .
Michelle D. Gambino
(gambinom@gtlaw.com)
VSB No. 70708
Kevin B. Bedell (bedellk@gtlaw.com)
VSB No. 30314
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
(703) 749-1300 (telephone)
(703) 749-1301 (facsimile)
*Attorneys for Defendant City of Alexandria*

*signed by Valerie A. Chastain, Esq. with permission from Kevin B. Bedell, Esq. via e-mail on April 27, 2014